# IN THE U.S. DISTRICT COURT OF TENNESSEE
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 13 PM 4: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BILLY WHITEHEAD,

    Plaintiff,

v.                                    CIVIL NO: 05-2602-BV

UNITED STATES OF AMERICA,
UNITED STATES OF AMERICA d/b/a
VA MEDICAL CENTER OF MEMPHIS,
JON ROBERTSON, M.D.,
JON ROBERTSON, M.D., P.C.;
DANIEL B. KUETER, M.D.,
DANIEL B. KUETER, M.D., P.C.;
SEMMES-MURPHEY CLINIC, a
Professional Corporation and
UT MEDICAL GROUP, INC.,

    Defendants.

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
## UPON MOTION OF DEFENDANT, UT MEDICAL GROUP, INC.

Upon Motion of the Defendant, UT Medical Group, Inc., and for good cause shown, the time for responding to the Complaint is extended thirty days, up to and including October 14, 2005.

_____
JUDGE

DATED: 9/13/05

APPROVED:

BY: _Louis P Chiozza Jr w/permission by ACH_
LOUIS P. CHIOZZA, JR. (#8871)
Attorney for Plaintiff
230 Adams Avenue
Memphis, TN 38103
901/526-9494

THOMASON, HENDRIX, HARVEY
JOHNSON & MITCHELL, PLLC

BY: _Albert C Harvey_
ALBERT C. HARVEY (#7955)
Attorney for UT Medical Group, Inc.
40 S. Main, Suite 2900
Memphis, TN 38103
901/525-8721

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-14-05

G:\CLIENT FOLDERS\S19001\48287\Pleadings - US District Court Case\Order Granting Motion for Extension of Time 9-05.doc

(14)


UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02602 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT