IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| BILLY WHITEHEAD, | ) | |
| | ) | |
| vs. | ) | No. 05-2602-BV |
| | ) | |
| UNITED STATES, et al., | ) | |
| Defendants. | ) | |

### ORDER OF RECUSAL OF MAGISTRATE JUDGE DIANE K. VESCOVO

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses herself, *sua sponte*, from all proceedings in the above-captioned case.

The clerk is directed to take the appropriate action to reassign this case and to deliver the magistrate judge's file, including the pending motion for additional time to answer, to the magistrate judge who receives the assignment.

IT IS SO ORDERED.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: September 14, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02602 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT