IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 18 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

BILLY WHITEHEAD,

    Plaintiff,

v.                                No. 05-2602 B

UNITED STATES OF AMERICA, et al.,

    Defendants.

---

### ORDER DENYING WITHOUT PREJUDICE MOTIONS OF DEFENDANTS UT MEDICAL GROUP, INC.; SEMMES-MURPHEY CLINIC; JON ROBERTSON, M.D.; AND JON ROBERTSON, M.D., P.C. TO DISMISS

---

Before the Court are the October 7 and 17, 2005 motions of the Defendants, UT Medical Group, Inc.; Semmes-Murphey Clinic; Jon Robertson, M.D.; and Jon Robertson, M.D., P.C., to dismiss the complaint of the Plaintiff, Billy Whitehead. Upon review of the motions, which are virtually identical, the Court finds that it cannot at this point reach the merits thereof. The Local Rules of the United States District Court for the Western District of Tennessee (the "Local Rules") require that motions be accompanied by, among other things, a supporting memorandum of facts and law and a proposed order, neither of which have been filed in connection with the instant motions. See LR7.2(a)(1) & (a)(1)(A), Local Rules. As the motions are procedurally defective, they are hereby DENIED without prejudice.

IT IS SO ORDERED this 18th day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02602 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT