IN THE WESTERN DISTRICT OF TENNESSEE
FOR THE WESTERN DISTRICT

FILED BY _____ /M ____ D.C.

05 OCT 26  AM 9:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BILLY WHITEHEAD,

    Plaintiff,

v.                              Civil Action No.: 05-2602 B V

UNITED STATES OF AMERICA,
UNITED STATES OF AMERICA d/b/a
VA MEDICAL CENTER OF MEMPHIS,
JON ROBERTSON, M.D.,
JON ROBERTSON, M.D., P.C.,
DANIEL B. KUETER, M.D.,
DANIEL B. KUETER, M.D., P.C.,
SEMMES-MURPHEY CLINIC, a
Professional Corporation and
UT MEDICAL GROUP, INC.,

    Defendants.

ORDER EXTENDING TIME FOR DEFENDANT KUETER TO ANSWER

On motion of Defendant Daniel B. Kueter, the time allowed for him to answer or otherwise plead in response to the Complaint in this action is extended through November 23, 2005.

_____
~~J. DANIEL BREEN~~ Tu M. Pham
United States ~~District~~ Judge
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-26-05

(23)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CV-02602 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT